UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| THOMAS BERNHARDI, JOAN BECKFORD, PATRICK STOYCON *and* WILLIS WAKE, *on behalf of themselves and all other employees similarly situated,* | |
|---|---|
| Plaintiffs, | STIPULATION OF VOLUNTARY DISMISSAL FOR WILLIS WAKE |
| v. | 03-CV-6372 T(P) |
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S HIW, INC., THE CONTRACTOR YARD, INC., *and* EAGLE HARDWARE AND GARDEN DISTRIBUTION SERVICES, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that Willis Wake hereby discontinues his claims on the merits and with prejudice, without costs to either party as against the other.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Gregory Knopp, Esq.
*Attorneys for Defendants*
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000

Dated: October 5, 2004

DOLIN, THOMAS & SOLOMON LLP

By: _____
Michael J. Lingle, Esq.
*Attorneys for Plaintiffs*
135 Corporate Woods, Suite 130
Rochester, New York 14623
Telephone: (585) 272-0540

Dated: October 7, 2004

H:\Bernhardi, T\Wake Discontinuance.doc