**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

March 14, 2006

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re:   Thomas Bernhardi, et al. v. Lowe's Companies, Inc., et al.
      Civil Action No.: 03-CV-6372T(F)

Dear Judge Telesca:

The parties in the above-referenced matter have recently engaged in preliminary settlement discussions and have scheduled further meetings in the near future to continue their discussions.

Consequently, the parties respectfully request a 45-day stay in this matter for the parties to conduct settlement discussions. To the extent settlement discussions are not successful, plaintiffs' response to defendants' motion for summary judgment would be due 20 days after the stay expires.

If this meets with your Honor's approval, a "So Ordered" line is provided at the bottom of this letter for the Court's convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

*J. Nelson Thomas*
J. Nelson Thomas

cc:   Robert G. Lian, Jr. (via facsimile)

SO ORDERED:

*Michael A. Telesca*
Honorable Michael A. Telesca
United States District Court Judge

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
nthomas@theemploymentattorneys.com • www.theemploymentattorneys.com