UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS BERNHARDI, JOAN BECKFORD,
PATRICK STOYCON and WILLIS WAKE, on behalf
of themselves and all other employees similarly situated,

                Plaintiffs,          03 CV 6372 (MT) (JF)

   v.

LOWE'S COMPANIES, INC., LOWE'S HOME      **ORDER TO STAY**
CENTERS, INC., LOWE'S HIW, INC., THE           **PROCEEDINGS**
CONTRACTOR YARD, INC., and EAGLE
HARDWARE AND GARDEN DISTRIBUTION
SERVICES,

                Defendants.
-----------------------------------------------------------------X

UPON CONSIDERATION of the parties' Joint Motion to Extend Stay of Proceedings, it is this _____ day of December 2006, hereby ORDERED that proceedings in this matter shall be stayed through April 1, 2007, so that the parties may finalize settlement of this matter.

It is hereby further ORDERED that, should formal settlement of this matter not occur, plaintiffs' response to defendants' motion for summary judgment shall be due 20 days following the expiration of the stay of proceedings granted pursuant to this order.

**SO ORDERED:**

S/MICHAEL A. TELESCA
_____
Honorable Michael A. Telesca
United States District Court Judge

DATED:  12/7/06